UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVE SCHNECK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16 CV 1865 JMB |
| ) | |
| COLLECTO, INC., doing business as ) | |
| EOS CCA ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court for examination pursuant to Rule 4(m), Federal Rules of Civil Procedure. Plaintiff Steve Schneck ("Plaintiff") filed this case on November 23, 2016. On January 31, 2017, the Court issued an Order directing Plaintiff to promptly serve Defendant, and file proof of such service no later than February 21, 2017. The order stated, "In the absence of good cause shown, failure to serve Defendant will result in the dismissal of Plaintiff's claims against Defendant without prejudice." (ECF No. 4).

Here, Plaintiff does not offer any cause for his failure to serve Defendant within the time allowed by Rule 4(m). Plaintiff has failed to comply with the Court's order directing him to file proof of service by February 21, 2017, and offer no explanation for that failure. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant are DISMISSED WITHOUT PREJUDICE. See Rule 4(m), Fed. R. Civ. P.

/s/ ***John M. Bodenhausen***
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of February, 2017.